IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 25-01818-lmj13 |
| | ) | Chapter 13 |
| Carrie Ann Matzen, | ) | |
| | ) | |
| | ) | |
| | ) | APPEARANCE AND |
| Debtor. | ) | REQUEST FOR NOTICE |
| | ) | |

COMES NOW Tirzah R. Roussell, on behalf of the Creditor, PennyMac Loan Services, LLC, and hereby enters her appearance in this case on behalf of said creditor, and pursuant to Bankruptcy Rule 2002(g), requests that all notices under Section 342 of the Bankruptcy Code, Bankruptcy Rule 2002, or otherwise, be mailed to her at the following address:

    Tirzah R. Roussell
    DENTONS DAVIS BROWN, P.C.
    215 10th Street, Suite. 300
    Des Moines, IA  50309

and further requests her name and the above address be entered upon the mailing matrix in this proceeding.

    Respectfully submitted,

    */s/    Tirzah R. Roussell*
    Tirzah R. Roussell, AT0014113
    Dentons Davis Brown, P.C.
    215 10th St., Suite 300
    Des Moines, Iowa 50309
    (515) 246-7984
    tirzah.roussell@dentons.us
    ATTORNEY FOR PENNYMAC LOAN
    SERVICES, LLC

#4993624

Copy to:

United States Trustee
Federal Bldg, Room 793
210 Walnut St
Des Moines, IA 50309

Trustee:
Carol F. Dunbar
2616 Orchard Dr, Ste B
Cedar Falls, IA 50613

Deanna R. Bachman
505 5th Ave, Ste 406
Des Moines, IA 50309

Carrie Ann Matzen
102 Park Ave S
Eldridge, IA 52748

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by depositing the same in the U.S. Mail, postage per-paid, to their respective mailing addresses disclosed on the pleadings or, in the event the party is represented by counsel, to their counsel; or notice of the filing of this instrument was sent by e-mail, via CM/ECF, to all parties on the service list who have registered to receive service by e mail over CM/ECF, on November 14, 2025.

Signature:   /s/ Gabby Mathias