UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| | BANKRUPTCY NO. 25-01818-lmj13 |
| CARRIE ANN MATZEN, | |
| | TRUSTEE'S MOTION TO DISMISS |
| Debtor. | PURSUANT TO 11 U.S.C. §§521(a)(1) and 521(i) |

COMES NOW the Chapter 13 Trustee and states to the Court:

1. The debtor filed a Voluntary Petition for relief under Chapter 13 of the United States Bankruptcy Code on October 22 , 2025, without an attorney.

2. As of December 10, 2025, the debtors have failed to comply with the requirements of 11 U.S.C. §521(a)(1) and the Order Regarding Duties of Debtor(s) and Notice Regarding Failure to Abide by This Order, entered October 22, 2025, at docket #6. Debtor has not filed Schedules A through J, Statement of Financial Affairs, copies of all payment advices within 60 days before the date of the filing of the petition, or Form 122C-1. Additionally, the debtor has failed to comply with 11 U.S. C. 521(e)(2) and provide the trustee with a copy of the 2024 federal tax returns seven (7) days before the scheduled meeting of creditors.

3. December 6, 2025, was the 45th day since the filing of this case. The debtor's failure to comply with the duties to file and provide the documents set out above requires that this case be automatically dismissed, effective on the 46th day of filing and/or not later than seven (7) days after this request.

WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order dismissing this case pursuant to 11 U.S.C. §521(i) without further notice and hearing.

DATED: December 10, 2025

/s/ Carol F. Dunbar
Carol F. Dunbar, AT002211
Chapter 13 Trustee
2616 Orchard Drive, Ste. B
Cedar Falls, IA 50613
Telephone: (319) 260-2282

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true copy of the foregoing TRUSTEE'S MOTION TO DISMISS was served upon the following parties at the addresses indicated:

| | |
|---|---|
| United States Trustee | Carrie A. Matzen |
| 210 Walnut Street, Room 793 | 102 Park Ave S. |
| Des Moines, IA  50309 | Eldridge, IA  52748 |

by electronic mail through the Court's CM/ECF system, or by enclosing the same in an envelope addressed to each such person with postage fully paid, and by depositing said envelope in the United States Postal Service depository. I declare under penalty of perjury that the foregoing is true and correct.

    DATED:  December 10, 2025                        /s/ Michelle Weber