**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**111 Locust Street, Office 320**
**Des Moines, Iowa 50309**
**www.iasb.uscourts.gov**

In the Matter of:　　　　　　　　　　　　　　　　　　Case No. 25–01818–lmj13
Carrie Ann Matzen

Debtor(s)

## NOTICE OF DISMISSAL PURSUANT TO 11 U.S.C. 521(i)(1)

The docket reflects that this case was deemed dismissed effective on the 46th day after the date of the filing of the petition. The Court has entered an order to that effect. Pursuant to Rule 2002(f)(1)(B) and (k) of the Federal Rules of Bankruptcy Procedure, notice is hereby given that this case is dismissed.

Date: 12/10/25

　　　　　　　　　　　　　　　　　　　　　　　　　Megan R. Weiss
　　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

Parties Served: Everyone in the Chapter Case