United States Bankruptcy Court
Southern District of Iowa

In re:                                                                      Case No. 25-01818-lmj

Carrie Ann Matzen                                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0863-4 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 10, 2025 | Form ID: 6NTCDSM7 | Total Noticed: 7 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: carrie.matzen2@gmail.com | Dec 10 2025 22:21:00 | Carrie Ann Matzen, 102 Park Ave S, Eldridge, IA 52748-9659 |
| cr | + | EDI: AISACG.COM | Dec 11 2025 03:25:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 802712404 | + | EDI: AISACG.COM | Dec 11 2025 03:25:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 802715631 | | EDI: CAPITALONE.COM | Dec 11 2025 03:25:00 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 802715045 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 10 2025 22:34:35 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 802711767 | + | Email/PDF: ebnotices@pnmac.com | Dec 10 2025 22:34:39 | PennyMac Loan Services, LLC, PO Box 2410, Moorpark, CA 93020-2410 |
| 802711970 | | Email/PDF: OGCRegionVIIBankruptcy@hud.gov | Dec 10 2025 22:34:43 | U.S. Department of Housing and Urban Development, 400 State Avenue, Gateway Tower, Suite 5, Kansas City, KS 66101 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2025                Signature:      /s/Gustava Winters

District/off: 0863-4 | User: auto | Page 2 of 2
Date Rcvd: Dec 10, 2025 | Form ID: 6NTCDSM7 | Total Noticed: 7

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Carol F Dunbar, | ssteffen@iowachapter13.com  mweber@iowachapter13.com;trusteeIASB1W@ecf.epiqsystems.com |
| Deanna R Bachman, | on behalf of Trustee Carol F Dunbar  dbachman@iowachapter13.com |
| Tirzah R Roussell | on behalf of Creditor PennyMac Loan Services  LLC Tirzah.Roussell@dentons.com, gabby.mathias@dentons.com |
| United States Trustee | USTPRegion12.DM.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**111 Locust Street, Office 320**
**Des Moines, Iowa 50309**
**www.iasb.uscourts.gov**

In the Matter of:                                        Case No. 25−01818−lmj13

Carrie Ann Matzen

Debtor(s)

## NOTICE OF DISMISSAL PURSUANT TO 11 U.S.C. 521(i)(1)

   The docket reflects that this case was deemed dismissed effective on the 46th day after the date of the filing of the petition. The Court has entered an order to that effect. Pursuant to Rule 2002(f)(1)(B) and (k) of the Federal Rules of Bankruptcy Procedure, notice is hereby given that this case is dismissed.

Date: 12/10/25

                                                    Megan R. Weiss
                                                    Clerk, U.S. Bankruptcy Court

Parties Served: Everyone in the Chapter Case