CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the Trustee's Final Report and Account was served upon the following individuals at the addresses indicated:

Office of United States Trustee
210 Walnut Street, Room 783
Des Moines, IA  50309

Carrie Ann Matzen
102 Park Ave S
Eldridge, IA  52748

by enclosing the copy in an envelope with postage fully paid, and by depositing said envelope in a United States Post Office depository or by electronic service.  I declare under penalty of perjury that the foregoing is true and correct.

January 15, 2026

/s/ Sherry Steffen