United States Bankruptcy Court

Southern District of Iowa

| | |
|---|---|
| In re: | Case No. 25-01818-lmj |
| Carrie Ann Matzen | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0863-4 | User: auto | Page 1 of 1 |
| Date Rcvd: Jan 13, 2026 | Form ID: 6NTCFEED | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2026:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: carrie.matzen2@gmail.com | Jan 13 2026 22:20:00 | Carrie Ann Matzen, 102 Park Ave S, Eldridge, IA 52748-9659 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carol F Dunbar, | ssteffen@iowachapter13.com  mweber@iowachapter13.com;trusteeIASB1W@ecf.epiqsystems.com |
| Deanna R Bachman, | on behalf of Trustee Carol F Dunbar  dbachman@iowachapter13.com |
| Tirzah R Roussell | on behalf of Creditor PennyMac Loan Services  LLC Tirzah.Roussell@dentons.com, gabby.mathias@dentons.com |
| United States Trustee | USTPRegion12.DM.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
111 Locust Street, Office 320
Des Moines, Iowa 50309
www.iasb.uscourts.gov

In the Matter of:  Case No. 25−01818−lmj13
Carrie Ann Matzen

Debtor(s)

## FEES DUE NOTICE

This notice is to inform you that filing fees for the above bankruptcy case are outstanding.

Your bankruptcy case was dismissed on **December 9, 2025**. Currently your bankruptcy case has a balance due of **$313.00** pursuant to the following reason entered on the court's docket on **November 13, 2025**:

**Application to Pay Filing Fees In Installments was denied**

Dismissal of your case prior to payment of the full filing fee does not relieve you of your obligation to pay the full amount of the filing fee.

Personal checks are not accepted, so please remit a cashier check or money order payable to Clerk, U.S. Bankruptcy Court, 111 Locust Street, Office 320, Des Moines, IA 50309 in the amount of **$313.00**. Payment is due within 30 days of the date of this letter. <u>Please include a copy of this notice with your payment.</u>

Debts outstanding beyond 180 days from the date of this letter may be referred to the Treasury Department for collection. If you file a subsequent bankruptcy case beyond the 180 day period, the court will consider if payment of filing fees in installments will be granted in the subsequent bankruptcy case.

If you have any questions or concerns regarding this letter, please contact Shannon Jaben at (515) 323−2846.

Date: January 13, 2026

Megan R. Weiss
Clerk, U.S. Bankruptcy Court

Cc: Acct's receivable